JOSHUA S. GOODMAN - State Bar #116576
RUTA PASKEVICIUS – State Bar #127784
GOODMAN NEUMAN HAMILTON LLP
One Post Street, Suite 2100
San Francisco, California 94104
Telephone:    (415) 705-0400
Facsimile:     (415) 705-0411
E-Mail:         jgoodman@gnhllp.com / rpaskevicius@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS JOHNSON,<br><br>                                        Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., d.b.a.<br>The Home Depot, and DOES 1 to 50,<br><br>                                        Defendants. | Case No. 2:21-cv-01914-JAM-DB<br><br>**JOINT STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** |

Plaintiff Curtis Johnson ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant") (collectively "Parties") stipulate as follows:

1. On or about June 8, 2021, Plaintiff commenced an action in the Superior Court of the State of California in and for the County of Sacramento, entitled Curtis Johnson v. Home Depot U.S.A., Inc. and DOES 1-50, inclusive, as Case No. 34-2021-00302072 ("the Action").

2. Defendant answered the complaint and filed a notice of removal of the Action with the United States District Court for the Eastern District of California on October 14, 2021.

3. Plaintiff stipulates that he will not be seeking in excess of $65,474 in damages in the Action.

Goodman
Neuman
Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA
94104
Tel.: (415) 705-0400

4. The Parties stipulate that the Action be remanded to the Sacramento County Superior Court.

5. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

DATED: March 1, 2022

GOODMAN NEUMAN HAMILTON LLP

By: *Ruta Paskevicius*

JOSHUA S. GOODMAN
RUTA PASKEVICIUS
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED: March 1, 2022

LAW OFFICES OF MICHAEL R. LOEWEN

By: *Erika Garcia*

Erika Garcia
Attorneys for Plaintiff Curtis Johnson

Goodman
Neuman
Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA
94104
Tel.: (415) 705-0400

-2-

JOINT STIPULATION TO REMAND; ORDER – Case No. 2:21-cv-01914-JAM-DB

## ORDER

On March 1, 2022, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1.   The Parties' stipulation is approved;

2.   Eastern District of California Case No. 2:21-CV-01914-JAM-DB titled Curtis Johnson v. Home Depot U.S.A., Inc., et al. is hereby remanded to Sacramento County Superior Court.

IT IS SO ORDERED.

DATED:  March 3, 2022                    /s/ John A. Mendez
                                         _____
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE

Goodman
Neuman
Hamilton LLP

One Post Street
Suite 2100
San Francisco, CA
94104
Tel.: (415) 705-0400

JOINT STIPULATION TO REMAND; ORDER – Case No. 2:21-cv-01914-JAM-DB